ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT 23 PM 3:23

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

HAROLD D. HULSEY,          )
                           )
        Plaintiff,         )
                           )
   v.                      )  CV 313-044
                           )
JASON MEDLIN, Warden, and  )
CCA,                       )
                           )
        Defendants.        )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 23rd day of October, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE